UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL A. MARTINEZ,<br><br>        Petitioner,<br><br>        v.<br><br>B. CATES,<br><br>        Respondent. | Case No. 2:21-cv-07337-FLA (MAR)<br><br>**AMENDED ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the court has reviewed the Motion to Dismiss, the records on file, and the Amended Final[1] Report and Recommendation (Dkt. 15) of the United States Magistrate Judge. No objections have been filed. The court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that: (1) the Motion to Dismiss is GRANTED with respect to Claim Two; (2) Claim Two is DISMISSED, without prejudice; and (3) Respondent shall file and serve an Answer to the Petition

---

[1] The Amended Final Report and Recommendation is identical in substance to both the original Report and Recommendation (Dkt. 12) and the Final Report and Recommendation (Dkt. 13). The Amended Final Report and Recommendation has fixed typographical errors which have no bearing on the outcome of the court's determination in the original or Final Report and Recommendation.

addressing the merits of the Petition's remaining claim within thirty (30) days of the date of this Order.[2]

Dated: April 6, 2022

FERNANDO L. AENLLE-ROCHA
United States District Judge

---

[2] The court issues this Order solely for the purpose of accepting the Amended Final Report & Recommendation. The court's instructions remain unchanged from those issued in the previous Order Accepting, Dkt. 14.