JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| DANIEL A. MARTINEZ,<br><br>                          Petitioner,<br><br>              v.<br><br>B. CATES,<br><br>                          Respondent. | Case No. 2:21-cv-07337-FLA (MAR)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge, IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice.

Dated: October 12, 2022

FERNANDO L. AENLLE-ROCHA
United States District Judge